# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

3:16CV1562-AWT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
### PURSUANT TO 28 U.S.C. § 1915

U.S. Bank Trust, N.A. as Trustee for LSF9 Master*
_____
Plaintiff(s),

v.                                Case No. _____

Shaun Byrd + Kenya M. Byrd
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:
(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Shaun P. Byrd / K. Byrd_
Original Signature

Shaun + Kenya Byrd
Name (print or type)

142 Chatham Terrace
Street Address

Bridgeport, CT 06606-2346
City    State    Zip Code

(m) (203) 535-4829 (Shaun)
Telephone Number

(m) (203) 545-6980 (Kenya)

(h) (203) 372-6956

Rev.11/4/13

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

U.S. Bank Trust, N.A. as Trustee for LSF9 Master*
Plaintiff(s),

v.                                                    Case No. _____

Shawn Byrd + Kenya M. Byrd
Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____   Married ✓   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents: Wife ✓   Children # 3   Others # ____
and relationship __Spouse__
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name __Chelsea N. Byrd__ Age __18 ½__
Name __Chad T. Byrd__ Age __11__
Name __Chloe N. Byrd__ Age __11__

**RESIDENCE**
Street Address: __142 Chatham Terrace__
City: __Bridgeport__   State: __CT__, __06606__

Rev.11/4/13

2

home (203) 372-6956
Shawn (203) 535-4829
Zip Code: 06606   Telephone: Kenya (203) 545-6952

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 12
College   1 2 3 4   Post-Graduate   (1) 2 3 4

**EMPLOYMENT**
If underlined employed at present, complete the following:   (Kenya M. Byrd)
Name of employer: Kingdom's Little Ones
Address of employer: 1277 Stratford Ave Bpt, CT 06607
How long employed by present employer: 1 1/2 yr.
Gross Income before taxes or other deductions:
   Monthly 2,250   Weekly bi-weekly
If self-employed state gross ~~weekly~~ monthly wages before taxes and deductions: _____
What is the nature of your employment? childcare

If unemployed at present, complete the following:
I have been unemployed since the _____ day of _____, _____
The name of my last employer: _____
Address: _____
Telephone #: ( ) _____
Last salary or wages received (gross amount before taxes and deductions): _____

If spouse is employed, please complete the following:   (self-) Shawn Blue
Name of employer: Granny's Little Angels
How long employed: 4 years
Gross Income before taxes and deductions:
   Monthly 4,000   Weekly _____
What is the nature of spouse's employment? childcare

If on welfare or receiving unemployment benefits complete the following:
I have been on welfare or receiving unemployment benefits
since: N/A
I am receiving $ _____ monthly _____ weekly _____
for myself and family of _____.

If receiving social security, disability or workers' compensation benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: N/A
I am receiving $ _____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No ✓

Rev.11/4/13

3

If yes, description: Foreclosure in process
Address: 142 Chatham Terrace Bpt, CT 06607
In whose name? Shawn + Kenya Byrd
Estimated value: ~369K per appraisal (9/2016)
Amount owed: ~500K per Caliber ~ $533,819.00
Owed to: Caliber - but Caliber refd us to Spadaccino Realty
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make Honda Model Accord Year 2004
Registered owner(s) name(s): Kenya M Byrd
Present value of automobile: ~$4,500
Owed to: 0
Amount owed: 0

Cash or Securities on hand:
Cash in banks and savings and loan associations: ~$1,000
Names and addresses of banks and associations: TD Bank Downtown Bpt

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: ✗

**OBLIGATIONS:**
Monthly rental on house or apartment: $ n/a
Monthly mortgage payment on house: $ foreclosure in process
Gas bill per month: $ 150.00
Electric bill per month: $ 171.00
Phone bill per month: $ 220.00
Car payments per month: $ 0.00
Car insurance payments per month: $ 299.00
Other types of insurance payments per month: $ 50.00
Monthly payments to retail merchants: $ 0
  Please list: n/a   $ 0
  Please list: _____ $ 0
Monthly payments on any other outstanding loans or debts: $ 13,000+
  Please list: Loyola Univ. $
  Please list: _____ $

Rev.11/4/13

4

Any money owed to doctors, hospitals, lawyers → pending w/ insur. co.
 Please list: pending case from car accident
 Please list: _____ $ 1/17/2016
Monthly payment for maintenance or child support
under separation or dissolution agreement:   $ n/a
Estimated monthly expenditure on food:        $ 450.00
Estimated monthly expenditure on clothing:    $ 250.00

Total amount of monthly obligations:   $ balance ~ St. Sacred Heart Univ.

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | n/a | |
| 3. | | | |
| 4. | | | |

Date: 9/14/2016            Shawn D. Byrd  (KMB)
                           Original Signature of Affiant

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/14/2016            Shawn D. Byrd (KMB)
                           Original Signature of Affiant

Rev.11/4/13

5